AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1704 – Possession of Counterfeit Postal Key;
18 U.S.C. § 1708 – Possession of Stolen Mail;
18 U.S.C. § 1028(a)(3) - Identification Document Fraud;
18 U.S.C. § 1029(a)(3) – Access Device Fraud;
18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED APR - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**

▶ CASSANDRA DAWN BUGNATTO

DISTRICT COURT NUMBER

CR08-0232 CW

**DEFENDANT**

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
U.S. POSTAL INSPECTOR

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    DANIEL KALEBA, AUSA

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:    Before Judge:

Comments:

PENALTY SHEET
CASSANDRA DAWN BUGNATTO PENALTIES

COUNT ONE: Possession of Counterfeit Postal Key (18 U.S.C. § 1704)

    a) Imprisonment: 10 year max
    b) Fine: $250,000
    c) Supervised release: 3 years
    d) Special assessment: $100

COUNT TWO: Possession of Stolen Mail (18 U.S.C. § 1708)

    a) Imprisonment: 5 year max
    b) Fine: $250,000
    c) Supervised release: 3 years
    d) Special assessment: $100

COUNT THREE: Identification Document Fraud (18 U.S.C. § 1028(a)(3))

    a) Imprisonment: 5 year max
    b) Fine: $250,000
    c) Supervised release: 3 years
    d) Special assessment: $100

COUNT FOUR: Access Device Fraud (18 U.S.C. § 1029(a)(3))

    a) Imprisonment: 10 year max
    b) Fine: $250,000
    c) Supervised release: 3 years
    d) Special assessment: $100

COUNT FIVE: Aggravated identity theft (18 U.S.C. § 1028A)

    a) Imprisonment: 2 years consecutive
    b) Fine: $250,000
    c) Supervised release: 3 years
    d) Special assessment: $100

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

# CR08-0232

CASSANDRA DAWN BUGNATTO,

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 1704 – Possession of Counterfeit Postal Key;
18 U.S.C. § 1708 – Possession of Stolen Mail;
18 U.S.C. § 1028(a)(3) - Identification Document Fraud;
18 U.S.C. § 1029(a)(3) – Access Device Fraud;
18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft

A true bill.

_____
Foreman

Filed in open court this __9__ day of
APRIL 2008.

_____
Clerk

Bail $ No bail, arrest warrant.
Wayne D. Brazil  4-9-08

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

2008 APR -9 PM 4:31

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR08-0232 CW |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 1704 – Possession of Counterfeit Postal Key; 18 U.S.C. § 1708 – Possession of Stolen Mail; 18 U.S.C. § 1028(a)(3) - Identification Document Fraud; 18 U.S.C. § 1029(a)(3) – Access Device Fraud; 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft |
| v. | |
| CASSANDRA DAWN BUGNATTO, | |
| Defendant. | |
| | OAKLAND VENUE |

## INDICTMENT

The Grand Jury charges:

**COUNT ONE**: (18 U.S.C. § 1704 – Possession of Counterfeit Postal Key)

On or about August 16, 2007, in the Northern District of California, the defendant,

CASSANDRA DAWN BUGNATTO,

did knowingly possess at least one key suited to any lock adopted by the Post Office Department and the Postal Service and in use on any of the mails and bags thereof, and any key to any lock box, lock drawer, and other authorized receptacle for the deposit and delivery of mail matter, with the intent unlawfully and improperly to use, sell, and otherwise dispose of the same, and

INDICTMENT
*United States v. Bugnatto*   1

Document No.
1
District Court
Criminal Case Processing

with the intent to cause such key to be unlawfully and improperly used, sold, and otherwise disposed of, in violation of Title 18, United States Code, Section 1704.

**COUNT TWO**: (18 U.S.C. § 1708 - Possession of Stolen Mail)

On or about August 16, 2007, in the Northern District of California, the defendant,

CASSANDRA DAWN BUGNATTO,

did knowingly possess any letter, postal card, package, bag, and mail, and articles and things contained therein, knowing that such matter had been stolen, taken, embezzled, and abstracted, in violation of Title 18, United States Code, Section 1708.

**COUNT THREE**: (18 U.S.C. § 1028(a)(3) - Identification Document Fraud)

On or about August 16, 2007, in the Northern District of California, the defendant,

CASSANDRA DAWN BUGNATTO,

did knowingly possess, with intent to use unlawfully and transfer unlawfully, at least five identification documents (other than those issued lawfully for the use of the possessor), authentication features, and false identification documents, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1028(a)(3).

**COUNT FOUR**: (18 U.S.C. § 1029(a)(3) – Access Device Fraud)

On or about August 16, 2007, in the Northern District of California, the defendant,

CASSANDRA DAWN BUGNATTO,

did knowingly and with intent to defraud possess at least fifteen devices which were counterfeit and unauthorized access devices, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

**COUNT FIVE**: (18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft)

On or about August 16, 2007, in the Northern District of California, the defendant,

CASSANDRA DAWN BUGNATTO,

did knowingly possess, without lawful authority, several means of identification of other persons, including, but not limited to, the following:

(1) the Permanent Resident Card of Ali B.;

(2) the United States Passport of Juanita G.;

INDICTMENT
*United States v. Bugnatto*                    2

| | | |
|---|---|---|
| 1 | (3) | the California Driver's License of Azeb G.; |
| 2 | (4) | the Republic of Chile Passport for Jaun H.; |
| 3 | (5) | the California Driver's Licence of Zahra V.; |
| 4 | (6) | the Republic of Chile Passport of Carolina Z.; |
| 5 | (7) | the AMEX account statement of Ronald B.; |
| 6 | (8) | the on-line bill payment check # XXXXX8687 of Lawrence B.; |
| 7 | (9) | the Citibank checking statement account # XXXXXX1628 of Andrew & |
| 8 | | Ronald B.; |
| 9 | (10) | the Visa monthly billing statement of Jessica C.; |
| 10 | (11) | the Wells Fargo account pin number of Sarita C.; |
| 11 | (12) | the Bank of America monthly billing account statement and convenience |
| 12 | | checks #1024-1026 of Erma F.; |
| 13 | (13) | the AMEX convenience checks #8373-8374 of William G.; |
| 14 | (14) | the Union Bank Debit/Mastercard account #XXXX-XXXX-XXXX-0635 |
| 15 | | of Alicia G.; |
| 16 | (15) | the AMEX monthly billing statement of James J.; |
| 17 | (16) | the Bank of America card account # XXXX-XXXX-XXXX-3854 of Laura |
| 18 | | K.; |
| 19 | (17) | the AMEX monthly billing statement of Viviana L.; |
| 20 | (18) | the Washington Mutual convenience checks of Jyh L.; |
| 21 | (19) | the Wells Fargo Visa Monthly Billing Statement to account #XXXX- |
| 22 | | XXXX-XXXX-8122 of Anna L.; |
| 23 | (20) | the Nordstrom statement account # XXXX-XXXX-XXXX-0269 of Liza |
| 24 | | L.; |
| 25 | (21) | the Wells Fargo debit card account # XXXX-XXXX-XXXX-4209 of Juan |
| 26 | | O.; |
| 27 | (22) | the Bank of America CD account #'s XXXXX-X8580 and XXXXX- |
| 28 | | X8605, and Discover convenience checks of Brenda P.; |

INDICTMENT
*United States v. Bugnatto*                               3

(23) the Bank of America monthly billing statement account # # XXXX-XXXX-XXXX-0154, and Citibank statement of Michelle S.;

(24) the Discover card account # XXXX-XXXX-XXXX-2707 of Daniel S.;

(25) the Washington Mutual credit card account # XXXX-XXXX-XXXX-1757 of Hagerenesh S.;

(26) the Visa pin number of Eddie S.;

(27) the Citibank credit card. account t# XXXX-XXXX-XXXX-3391 in the name of Sha and Lei S.;

(28) the Citigold monthly statement and Mastercard to account # XXXX-XXX-4574 of Corey T.;

(29) the Citibank convenience checks and credit card ending in 6417 of Ahmad V.;

(30) the Visa monthly billing statement account # XXXX-XXXX-XXXX-5170 of Ging V.;

(31) the Mastercard account # XXXX-XXXX-XXXX-4279 of David W.;

(32) the Wells Fargo monthly billing statement account # XXX-XXXXX-XXXXX-9001 of Jack W.;

(33) the Bank of the West monthly checking account statement account # XXX-XX7162 of Melissa W.;

(34) the Mastercard credit card account # XXXX-XXXX-XXXX-2063 of Safiya D.;

(35) the Bank of America Visa credit card account # XXXX-XXXX-XXXX-4750 of Marisol G.;

(36) the Visa credit card account # XXXX-XXXX-XXXX-6434 of Ruth T.;

(37) the Nordstrom Visa credit card account # XXXX-XXXX-XXXX-9046 of Darlene P.;

(38) the Macy's Visa credit card account # XXXX-XXXX-XXXX-3902 of Melanie C.; and

INDICTMENT
*United States v. Bugnatto*                4

1   (39)   the Wells Fargo Visa debit card account # XXXX-XXXX-XXXX-0302 of
2        Barb D.;
3 during and in relation to a felony violation, namely, 18 U.S.C. § 1028(a)(3) as alleged in Count
4 Three, and 18 U.S.C. § 1029(a)(3) as alleged in Count Four, both counts incorporated by
5 reference, all in violation of Title 18, United States Code, Section 1028A(a)(1).

8 DATED:
9 4-9-08

A TRUE BILL
_____
FOREPERSON

12 JOSEPH P. RUSSONIELLO
United States Attorney

_____
15 DOUGLAS SPRAGUE
Chief, Oakland Division

16 (Approved as to form: _____ )
17                       AUSA Daniel Kaleba

INDICTMENT
*United States v. Bugnatto*                        5