1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637–3680
7     Facsimile (510) 637-3724
      daniel.kaleba@usdoj.gov
8
   Attorneys for Plaintiff

FILED
2008 APR -9 PM 4:31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR08-0232 CW |
|---|---|---|
| Plaintiff, | ) | SEALING APPLICATION AND SEALING ORDER |
| vs. | ) | |
| CASSANDRA DAWN BUGNATTO, | ) | |
| Defendant. | ) | |

The United States requests that the Indictment, Penalty Sheet and Arrest Warrant in the above-captioned case filed with the Court on April 9, 2008, be filed under seal until further order of the Court (except that the Clerk's office may provide a copy of the aforementioned documents to the U.S. Attorney's Office). The reason for this request is to facilitate the arrest of the defendant. Revealing the Indictment and related documents may compromise the arrest of the defendant.

////
////
////

SEALING APPLICATION AND ORDER

Document No.
District Court
Criminal Case Processing

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: April 9, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*
DANIEL R. KALEBA
Assistant United States Attorney

## ORDER

On the government's application, the Indictment, Penalty Sheet, and Arrest Warrant filed with the Court on April 9, 2008, shall be filed under seal until further order of the Court (except that the Clerk's office may provide a copy of the aforementioned documents to the U.S. Attorney's Office).

IT IS SO ORDERED.

DATED: 4-9-08

*[signature]*
WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND ORDER         -2-