BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant BUGNATTO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00232 CW |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER CONTINUING STATUS** |
| vs. ) | **HEARING** |
| ) | |
| CASSANDRA DAWN BUGNATTO, ) | Hearing Date: June 18, 2008 |
| ) | Requested Date: July 23, 2008 |
| Defendant. ) | |
| _____) | |

It is hereby stipulated between the parties that the status hearing date of June 18, 2008 should be continued to July 23, 2008 at 2:30 p.m. for a change of plea hearing. The parties further stipulate and agree that time should be excluded between June 18, 2008 until July 23, 2008 because counsel for Ms. Bugnatto needs additional time to review the discovery in this case and to research and calculate Ms. Bugnatto's sentencing guidelines. Ms. Bugnatto is currently in an inpatient drug treatment program and due to the demands of the program, she has little time to meet with counsel to review and discuss her case. As a result, counsel needs additional time to confer with her client regarding a plea disposition of this matter. The parties are actively negotiating a plea agreement and plan to have an agreement for the Court by the next hearing date.

The parties agree that the ends of justice served by the continuance requested herein

1  outweigh the best interest of the public and the defendant in a speedy trial because the failure to

2  grant the continuance would deny counsel for the defendant the reasonable time necessary for

3  effective preparation, taking into account the exercise of due diligence.  Time should therefore be

4  excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

5  Dated: June 17, 2008                              /s/
                                                  ANGELA M. HANSEN
6                                                 Assistant Federal Public Defender

7

8  Dated: June 17, 2008                              /s/
                                                  DANIEL KALEBA
9                                                 Assistant United States Attorney

10

       I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
11  within this efiled document.              /S/ ANGELA M. HANSEN

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip to Continue, 08-00032 CW                           2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because defense counsel needs additional time to review the discovery, to research the sentencing guidelines and to confer with the defendant and government counsel regarding a plea disposition.

Based on these findings, IT IS HEREBY ORDERED that the status hearing date of June 18, 2008 is continued to July 23, 2008 at 2:30 p.m. for a change of plea hearing and that time is excluded from June 18, 2008 to July 23, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

_____     _____
Date                                                                          HON. CLAUDIA WILKEN
                                                                                    United States District Judge