UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 2 3 2008

Case Number       CR-08-00232 CW
Defendant's Name  Cassandra Dawn Bugnatto
Defense Counsel   Angela Hansen AFPD
Referral Date     7/23/08
Sentencing Date   11/5/08                    @ 2:30 pm

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a    **X** Presentence Investigation

___ Pre-Plea Report

___ Bail Investigation

___ Bail Supervision

___ Postsentence Investigation

___ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: __SHEILAH CAHILL__
Deputy Clerk

for use of Courtroom Deputies:

Is defendant in custody:   No

Is defendant English-speaking?   Yes

cc: U.S. Probation