UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Lee-Anne Shortridge
**Date:** 7/23/08

**Plaintiff:** United States

v.                                                         **No.**  CR-08-00232 CW

**Defendant:** Cassandra Dawn Bugnatto (present)


**Appearances for Plaintiff:**
Doug Sprague

**Appearances for Defendant:**
Angela Hansen

**Interpreter:**


**Probation Officer:**



**Speedy Trial Date:**


**Hearing:   Change of Plea**

**Notes:**    Defendant enters under oath Rule 11(c)(1)(A) and (B) plea of guilty to Count 4 of the Indictment charging Access Device Fraud in violation of 18 USC 1029(a)(3).  Plea Agreement filed.  Court finds factual basis for plea; Court accept plea.  **Sentencing set for 11/5/08 at 2:30 p.m.**  ✓PSR requested.

Copies to: Chambers; probation